# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FRIMARK, HOWARD P. | § Case No. 14-11566 |
|     FRIMARK, NANCY C. | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 29, 2014. The undersigned trustee was appointed on March 29, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $            10,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 261.00 |
| Bank service fees | 40.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 9,698.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/10/2014 and the deadline for filing governmental claims was 10/10/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $4.47, for total expenses of $4.47.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2014       By: /s/RICHARD M. FOGEL
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-11566  
**Case Name:** FRIMARK, HOWARD P.  
FRIMARK, NANCY C.  
**Period Ending:** 11/04/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/29/14 (f)  
**§341(a) Meeting Date:** 05/13/14  
**Claims Bar Date:** 10/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 9889 El Greco Circle, Bonita<br>Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Albany Bank Checking Acct remaining proceeds fro<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | PNC Bank checking account<br>Imported from original petition Doc# 1 | 468.00 | 0.00 | | 0.00 | FA |
| 4 | Park Ridge Savings Acct Chicago, IL<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Park Ridge Community Bank Two Checking Acct Chic<br>Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 6 | Commonwealth Edison deposit on account<br>Imported from original petition Doc# 1  (See Footnote) | 155.00 | 155.00 | | 0.00 | FA |
| 7 | furniture and household goods in primary residen<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | personal household belongings located at seasona<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | misc personal jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Pekin Insurance Company policy on life of Howard<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Smethia Life Insurance Company Policy on Life of<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Pekin Insurance Company Policy on Life of Nancy<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Life Insurance Policy on Howard Frimark owner is<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Pension Plan from Frimark Insurance Agency holdi<br>Imported from original petition Doc# 1 | 39,000.00 | 0.00 | | 0.00 | FA |
| 15 | Pension Plan with Howard Frimark Insurance Agenc<br>Imported from original petition Doc# 1 | 14,000.00 | 0.00 | | 0.00 | FA |
| 16 | Howard Frimark is a member of Frimark/Keller & A | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-11566  
**Case Name:** FRIMARK, HOWARD P.  
FRIMARK, NANCY C.  
**Period Ending:** 11/04/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/29/14 (f)  
**§341(a) Meeting Date:** 05/13/14  
**Claims Bar Date:** 10/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 (See Footnote) | | | | | |
| 17 | 2005 Toyota Camry 68,000 miles some minor body d<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2010 Vensa Toyota Vehicle owned by Frimark/Kelle<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Howard P. Frimark Trust<br>Imported from original petition Doc# 1 (See Footnote) | 0.00 | Unknown | | 10,000.00 | FA |
| 20 | Funds held by Frimark/Keller & Associates, LLC<br>Imported from original petition Doc# 1 | 1,323.00 | 0.00 | | 0.00 | FA |
| 20 | **Assets** Totals (Excluding unknown values) | **$418,446.00** | **$155.00** | | **$10,000.00** | **$0.00** |

RE PROP# 6     Subject to setoff  
RE PROP# 16    Debtor was not a member of the LLC on the petition date  
RE PROP# 18    Vehicle was not owned by debtor on petition date  
RE PROP# 19    Per o/c 8-7-14, Trustee sold estate's interest in Frimark/Keller Associates, LLC held by Howard P. Frimark revocable trust

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015      **Current Projected Date Of Final Report (TFR):**    December 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-11566  
**Case Name:** FRIMARK, HOWARD P.  
FRIMARK, NANCY C.  
**Taxpayer ID #:** **-***7091  
**Period Ending:** 11/04/14

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/14 | {19} | BRYAN R. BAGDADY | Purchase of membership interest per o/c 8-7-14 | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,974.68 |
| 10/15/14 | 101 | ILLINOIS DEPARTMENT OF REVENUE | Income tax for YE 9/30/14 for EIN: 30-6437091 | 2820-000 | | 261.00 | 9,713.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.71 | 9,698.97 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 301.03 | **$9,698.97** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 301.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$301.03** | |

Net Receipts: 10,000.00  
Net Estate: $10,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9566** | 10,000.00 | 301.03 | 9,698.97 |
| | $10,000.00 | $301.03 | $9,698.97 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2014

**Case Number:** 14-11566  
**Debtor Name:** FRIMARK, HOWARD P.

Page: 1

**Date:** November 4, 2014  
**Time:** 10:06:35 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $1,750.00 | $0.00 | 1,750.00 |
| B 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $4.47 | $0.00 | 4.47 |
| C 200 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124 | Admin Ch. 7 | | $808.50 | $0.00 | 808.50 |
| 2P 570 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Priority | XXX-XX-0423 | $28,590.87 | $0.00 | 28,590.87 |
| NOTFILED 570 | Illinois Department of Revenue | Priority | XXX-XX-0423 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Citimortgage Inc<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898 | Secured | XXXXXX5472 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 | Secured | XXXXXXXXXXXX2611 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Toyota Motor Credit Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | Secured | XXXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXX7674 | $11,716.95 | $0.00 | 11,716.95 |
| 2U 610 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Unsecured | | $2,131.86 | $0.00 | 2,131.86 |
| 3 610 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | XXXXXXXXXXX6674 | $17,240.66 | $0.00 | 17,240.66 |
| 4 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | XXXXXXXXXXXX2535 | $34,033.69 | $0.00 | 34,033.69 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2014

**Case Number:** 14-11566
**Debtor Name:** FRIMARK, HOWARD P.

Page: 2

**Date:** November 4, 2014
**Time:** 10:06:35 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | XXXXXXXXXXXX9656 | $1,524.31 | $0.00 | 1,524.31 |
| 6 610 | Owens Owens & Rinn Ltd 216 West Higgins Road Park Ridge, IL 60068 | Unsecured | NOT KNOWN | $9,949.50 | $0.00 | 9,949.50 |
| NOTFILED 610 | Chase Po Box 15298 Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX2550 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northbrook Bank & Trus 1340 Shermer Road Northbrook, IL 60062 | Unsecured | XXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northbrook Bank & Trus 1340 Shermer Road Northbrook, IL 60062 | Unsecured | XXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northbrook Bank & Trus 1340 Shermer Road Northbrook, IL 60062 | Unsecured | XXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 107,750.81 | 0.00 | 107,750.81 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-11566  
Case Name: FRIMARK, HOWARD P.  
Trustee Name: RICHARD M. FOGEL  

**Balance on hand:** $ 9,698.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 9,698.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 4.47 | 0.00 | 4.47 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 808.50 | 0.00 | 808.50 |

Total to be paid for chapter 7 administration expenses: $ 2,562.97  
Remaining balance: $ 7,136.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 7,136.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,590.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 28,590.87 | 0.00 | 7,136.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 7,136.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,596.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,716.95 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 2,131.86 | 0.00 | 0.00 |
| 3 | CERASTES, LLC | 17,240.66 | 0.00 | 0.00 |
| 4 | PYOD, LLC its successors and assigns as assignee | 34,033.69 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,524.31 | 0.00 | 0.00 |
| 6 | Owens Owens & Rinn Ltd | 9,949.50 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $             0.00
Remaining balance:                                     $             0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $             0.00
Remaining balance:                        $             0.00

**UST Form 101-7-TFR (05/1/2011)**