UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 14-11566 |
| | ) |
| FRIMARK, HOWARD P. | ) |
| FRIAMRK, NANCY C. | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on December 16, 2014 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: November 17, 2014                     By: /s/ Richard M. Fogel
                                                                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: FRIMARK, HOWARD P. | § | Case No. 14-11566 |
| FRIMARK, NANCY C. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 301.03 |
| *leaving a balance on hand of* [1] | $ 9,698.97 |
| **Balance on hand:** | $ 9,698.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,698.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 4.47 | 0.00 | 4.47 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 808.50 | 0.00 | 808.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,562.97 |
| Remaining balance: | $ 7,136.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,136.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,590.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 28,590.87 | 0.00 | 7,136.00 |

Total to be paid for priority claims: $ 7,136.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,596.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,716.95 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 2,131.86 | 0.00 | 0.00 |
| 3 | CERASTES, LLC | 17,240.66 | 0.00 | 0.00 |
| 4 | PYOD, LLC its successors and assigns as assignee | 34,033.69 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,524.31 | 0.00 | 0.00 |
| 6 | Owens Owens & Rinn Ltd | 9,949.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 14-11566-PSH
Howard P. Frimark                                                   Chapter 7
Nancy C. Frimark
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 2           Date Rcvd: Nov 18, 2014
                              Form ID: pdf006              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2014.
db/jdb        +Howard P. Frimark,    Nancy C. Frimark,    5037 Olympia Street,    Chicago, IL 60656-3318
21727112      +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
21727114     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
22143465      +CITIMORTGAGE, INC.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                Burr Ridge, IL 60527-6921
21727113      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21727115      +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
21727117      +Frimark/Keller & Associates,     1920 Thoreau Drive N,    #114,    Schaumburg, IL 60173-4151
21727120      +Kaz Iwjic, landlord,    5033 Oriole,    Harwood Heights, IL 60706-3364
21727121      +Northbrook Bank & Trus,    1340 Shermer Road,    Northbrook, IL 60062-4598
22489293      +Owens Owens & Rinn Ltd,    216 West Higgins Road,    Park Ridge, IL 60068-5706
21727122      +Owens, Owens & Rinn, Ltd.,     216 Higgins Rd,    Park Ridge, IL 60068-5706
21727123      +Owens, Owens & Rinn, Ltd.,     3 S. Prospect,    Park Ridge, IL 60068-4177
21727124      +Pnc Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
21727125     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22244276      +E-mail/Text: bncmail@w-legal.com Nov 19 2014 00:08:48      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
22160545       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2014 00:13:49      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21727116      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 19 2014 00:13:49      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
21727119       E-mail/Text: cio.bncmail@irs.gov Nov 19 2014 00:08:34      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 21126,   Philadelphia, PA 19114-0326
22475278      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2014 00:11:01
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
21727127      +E-mail/Text: jgeisheker@walinskilaw.com Nov 19 2014 00:09:02      Walinski and Associates,
                221 N LaSalle Street,    #1000,   Chicago, IL 60601-1320
21727126      +E-mail/Text: jgeisheker@walinskilaw.com Nov 19 2014 00:09:02      Walinski and Associates,
                221 N. LaSalle,   Suite 1000,    Chicago, IL 60601-1320
21727128      +E-mail/Text: jgeisheker@walinskilaw.com Nov 19 2014 00:09:02      Walinski and Associates,
                221 N LaSalle Street,    Suite 1000,   Chicago, IL 60601-1320
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lois West
aty            Popowcer Katten, LTD
21727118       Illinois Department of Revenue
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: froman                Page 2 of 2                  Date Rcvd: Nov 18, 2014
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2014 at the address(es) listed below:
          Bryan R Bagdady    on behalf of Debtor Howard P. Frimark bbagdady@comcast.net,
           bryanbagdady@gmail.com
          Bryan R Bagdady    on behalf of Joint Debtor Nancy C. Frimark bbagdady@comcast.net,
           bryanbagdady@gmail.com
          Joel P Fonferko    on behalf of Creditor    CITIMORTGAGE, INC. ND-One@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
          Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
                                                                                          TOTAL: 6