**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FRIMARK, HOWARD P.　　　　　　　　§ Case No. 14-11566
　　　　FRIMARK, NANCY C.　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $418,446.00　　　　　　　Assets Exempt: $68,291.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,136.00　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $377,702.84

Total Expenses of Administration: $2,864.00

---

　　3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $395,101.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,864.00 | 2,864.00 | 2,864.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 27,913.00 | 28,590.87 | 28,590.87 | 7,136.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 354,771.00 | 76,596.97 | 76,596.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $777,785.00 | $108,051.84 | $108,051.84 | $10,000.00 |

    4) This case was originally filed under Chapter 7 on March 29, 2014. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2015          By: /s/RICHARD M. FOGEL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Howard P. Frimark Trust | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pnc Bank | 4110-000 | 144,580.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 238,924.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Toyota Financial Services | 4110-000 | 11,597.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$395,101.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 4.47 | 4.47 | 4.47 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 808.50 | 808.50 | 808.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 15.32 | 15.32 | 15.32 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | | 261.00 | 261.00 | 261.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 14.71 | 14.71 | 14.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | **$2,864.00** | **$2,864.00** | **$2,864.00** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | 25,713.00 | 28,590.87 | 28,590.87 | 7,136.00 |
| NOTFILED | Illinois Department of Revenue | 5800-000 | 2,200.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$27,913.00** | **$28,590.87** | **$28,590.87** | **$7,136.00** |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,032.00 | 11,716.95 | 11,716.95 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 2,131.86 | 2,131.86 | 0.00 |
| 3 | CERASTES, LLC | 7100-000 | 17,540.00 | 17,240.66 | 17,240.66 | 0.00 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 34,033.00 | 34,033.69 | 34,033.69 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,515.00 | 1,524.31 | 1,524.31 | 0.00 |
| 6 | Owens Owens & Rinn Ltd | 7100-000 | 10,000.00 | 9,949.50 | 9,949.50 | 0.00 |
| NOTFILED | Northbrook Bank & Trus | 7100-000 | 109,991.00 | N/A | N/A | 0.00 |
| NOTFILED | Northbrook Bank & Trus | 7100-000 | 51,128.00 | N/A | N/A | 0.00 |
| NOTFILED | Northbrook Bank & Trus | 7100-000 | 115,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chase | 7100-000 | 3,532.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $354,771.00 | $76,596.97 | $76,596.97 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-11566  
**Case Name:** FRIMARK, HOWARD P.  
FRIMARK, NANCY C.  
**Period Ending:** 01/09/15

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/29/14 (f)  
**§341(a) Meeting Date:** 05/13/14  
**Claims Bar Date:** 10/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Home 9889 El Greco Circle, Bonita  Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2  Albany Bank Checking Acct remaining proceeds fro  Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 3  PNC Bank checking account  Imported from original petition Doc# 1 | 468.00 | 0.00 | | 0.00 | FA |
| 4  Park Ridge Savings Acct Chicago, IL  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5  Park Ridge Community Bank Two Checking Acct Chic  Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 6  Commonwealth Edison deposit on account  Imported from original petition Doc# 1  (See Footnote) | 155.00 | 155.00 | | 0.00 | FA |
| 7  furniture and household goods in primary residen  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  personal household belongings located at seasona  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9  misc personal jewelry  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  Pekin Insurance Company policy on life of Howard  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  Smethia Life Insurance Company Policy on Life of  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  Pekin Insurance Company Policy on Life of Nancy  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Life Insurance Policy on Howard Frimark owner is  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14  Pension Plan from Frimark Insurance Agency holdi  Imported from original petition Doc# 1 | 39,000.00 | 0.00 | | 0.00 | FA |
| 15  Pension Plan with Howard Frimark Insurance Agenc  Imported from original petition Doc# 1 | 14,000.00 | 0.00 | | 0.00 | FA |
| 16  Howard Frimark is a member of Frimark/Keller & A | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-11566　　　　　　　　　　　　　　　　**Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** FRIMARK, HOWARD P.　　　　　　　　　　　**Filed (f) or Converted (c):** 03/29/14 (f)
　　　　　　　FRIMARK, NANCY C.　　　　　　　　　　　　**§341(a) Meeting Date:** 05/13/14
**Period Ending:** 01/09/15　　　　　　　　　　　　　　　**Claims Bar Date:** 10/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 (See Footnote) | | | | | |
| 17 | 2005 Toyota Camry 68,000 miles some minor body d<br>　Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2010 Vensa Toyota Vehicle owned by Frimark/Kelle<br>　Imported from original petition Doc# 1 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Howard P. Frimark Trust<br>　Imported from original petition Doc# 1 (See Footnote) | 0.00 | Unknown | | 10,000.00 | FA |
| 20 | Funds held by Frimark/Keller & Associates, LLC<br>　Imported from original petition Doc# 1 | 1,323.00 | 0.00 | | 0.00 | FA |
| 20 | **Assets** Totals (Excluding unknown values) | **$418,446.00** | **$155.00** | | **$10,000.00** | **$0.00** |

RE PROP# 6　　　Subject to setoff
RE PROP# 16　　Debtor was not a member of the LLC on the petition date
RE PROP# 18　　Vehicle was not owned by debtor on petition date
RE PROP# 19　　Per o/c 8-7-14, Trustee sold estate's interest in Frimark/Keller Associates, LLC held by Howard P.
　　　　　　　　Frimark revocable trust

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2015　　　　**Current Projected Date Of Final Report (TFR):**　　November 17, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-11566 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | FRIMARK, HOWARD P. | | **Bank Name:** | Rabobank, N.A. |
| | FRIMARK, NANCY C. | | **Account:** | ******9566 - Checking Account |
| **Taxpayer ID #:** | **-***7091 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/09/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/19/14 | {19} | BRYAN R. BAGDADY | Purchase of membership interest per o/c 8-7-14 | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,974.68 |
| 10/15/14 | 101 | ILLINOIS DEPARTMENT OF REVENUE | Income tax for YE 9/30/14 for EIN: 30-6437091 | 2820-000 | | 261.00 | 9,713.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.71 | 9,698.97 |
| 12/18/14 | 102 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $808.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 808.50 | 8,890.47 |
| 12/18/14 | 103 | Internal Revenue Service | 24.95% dividend on Claim # 2P, Ref: XXX-XX-0423 | 5800-000 | | 7,136.00 | 1,754.47 |
| 12/18/14 | 104 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,754.47 | 0.00 |
| | | | Dividend paid 100.00%   1,750.00 on $1,750.00;  Claim# A; Filed: $1,750.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   4.47 on $4.47;  Claim# B; Filed: $4.47 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 10,000.00 | 10,000.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 10,000.00 | 10,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$10,000.00** | **$10,000.00** | |

| Net Receipts : | 10,000.00 |
|---|---|
| Net Estate : | $10,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9566 | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)